UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRANDON TERRANCE WATKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW ESPINOZA, JR., et al, <br><br> Defendants. | Case No. 5:25-cv-01635-MCS (DTB) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

IT THEREFORE IS ORDERED that Plaintiff Urban Skinner, Jr. is dismissing from this action.

Dated: December 18, 2025

_____

MARK C. SCARSI
United States District Judge